Roger MCNEA Plaintiff–Appellant

v.

SAM'S CLUB; Wal–Mart Stores,
Inc. Defendants–Appellees

No. 00–3754.

United States Court of Appeals,
Sixth Circuit.

Sept. 25, 2001.

Before GUY and MOORE, Circuit
Judges; HULL, District Judge.*

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

The court finds that no prejudicial error intervened in the judgment and proceed-

---

* The Honorable Thomas G. Hull, United States District Judge for the Eastern District of Tennessee, sitting by designation.

* The Honorable Thomas G. Hull, United States District Judge for the Eastern District of Tennessee, sitting by designation.

ings in the district court, and it is therefore ORDERED that said judgment be and it hereby is affirmed.